AFFIDAVIT Ali CROSS

1. CASE NO: 1:19 CV 11603 LTS

2. Noted address change:
549 Ralph Ave Brooklyn, NY 11233 - 718-581-5799

3. Due to Shelter Transfer.